UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROGER GRACE,

    Plaintiff,

v.                                                      Case No. 3:22cv1381-LC-HTC

BOARD OF COUNTY COMMISSIONERS,
ESCAMBIA COUNTY JAIL ADMINISTRATION,
ESCAMBIA COUNTY JAIL HEALTHCARE PROVIDER,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 24, 2022 (ECF No. 7). The court has attempted to furnish Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined itshould be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, failure to keep the Court apprised of his address, and because the case is now MOOT.

3. The clerk of court is directed to close this case file.

**DONE AND ORDERED** this 26th day of April 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv1381-LC-HTC